## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:                                          )
                                                )
AARON FENWICK, and                              )        BK NO. 08-15663-TMW
TAMARA FENWICK.                                 )        CHAPTER 7
                                                )
                        Debtors.                )

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Robert A. Brown, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that as per January 10, 2010 Order To Return Non Estate Funds To Debtor, the following funds are unclaimed:

### CLAIMANT:

| | |
|---|---|
| Aaron Fenwick and Tamara Fenwick<br>2513 Tracy's Terrace<br>Edmond, Oklahoma 73013 | $208.81 |

**TOTAL:**                                                                    **$208.81**

A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

DATE:  May 20, 2010

/s/ Robert A. Brown
Robert A. Brown, Trustee, OBA #11235
123 West 7th Avenue, Suite 102
Stillwater, Oklahoma 74074
405-377-8185
bob@bobbrownattorney.com

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER

**302**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

| DATE | AMOUNT |
|---|---|
| 05/20/10 | *********208.81 |

**2299340**

PAY TO THE ORDER OF

U S BANKRUPTCY COURT CLERK
215 DEAN A MCGEE AVENUE
OKLAHOMA CITY OK 73102

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-15663   TMW | Debtor: FENWICK, AARON |
| | Joint Debtor: FENWICK, TAMARA |

*Two Hundred Eight Dollars And 81/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000302⑈ ⑆▇▇▇▇▇▇⑆ ▇▇▇▇748⑈

| Date: 05/20/10 | Check Number:  302 | Amount:   208.81 |
|---|---|---|

| Case Number:  08-15663    TMW |
|---|
| Debtor Name:  FENWICK, AARON |
| SSN: ▇▇-▇▇3967 |

| Paid To:  U S BANKRUPTCY COURT CLERK 215 DEAN A MCGEE AVENUE OKLAHOMA CITY OK 73102 | Trustee:  ROBERT A. BROWN, TRUSTEE 123 WEST 7TH AVENUE, SUITE 102 STILLWATER, OK 74074 |
|---|---|

Description:   Unclaimed Non Estate Funds

Bank Account Number:  ▇▇▇7481